AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| TINA MORRIS, MARNE DAVENPORT, and CHERYL LOSCKO <br> *Plaintiff* <br> v. <br> BAYER HEALTHCARE PHARMACEUTICALS, INC., et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No.  3:10-cv-10465-DRH-PMF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Healthcare Pharmaceuticals Inc., a Delaware corporation, SOP Department, Corporation Service Company, Suite 400, 2711 Centerville Road, Wilmington, DE  19805

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Burg Simpson Eldredge Hersh & Jardine, P.C., 40 Inverness Drive East, Englewood, CO  80112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  3/30/10

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| TINA MORRIS, MARNE DAVENPORT, and CHERYL LOSCKO <br> *Plaintiff* <br><br> v. <br><br> BAYER HEALTHCARE PHARMACEUTICALS, INC., et al. <br> *Defendant* | ) ) ) ) ) ) ) ) )   Civil Action No.  3:10-cv-10465-DRH-PMF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Schering Pharma AG, Eva Gardyan-Eisenlohr, Head of Law & Patents, Mullerstrasse 178, D-13353 Berlin, Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Burg Simpson Eldredge Hersh & Jardine, P.C., 40 Inverness Drive East, Englewood, CO  80112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/30/10

*Tiana Brinkley*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| TINA MORRIS, MARNE DAVENPORT, and CHERYL LOSCKO <br> *Plaintiff* <br> v. <br> BAYER HEALTHCARE PHARMACEUTICALS, INC., et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 3:10-cv-10465-DRH-PMF |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Corporation, 100 Bayer Corp. Rd., Crafton, PA  15205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Burg Simpson Eldredge Hersh & Jardine, P.C., 40 Inverness Drive East, Englewood, CO  80112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/30/10

*Ileana Brinkley*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| TINA MORRIS, MARNE DAVENPORT, and CHERYL LOSCKO <br> *Plaintiff* <br> v. <br> BAYER HEALTHCARE PHARMACEUTICALS, INC., et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No.  3:10-cv-10465-DRH-PMF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Healthcare LLC, a Delaware corporation, 555 White Plains Road, Tarrytown, New York 10591.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Burg Simpson Eldredge Hersh & Jardine, P.C., 40 Inverness Drive East, Englewood, CO  80112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/30/10

*Ileana Brinkley*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| TINA MORRIS, MARNE DAVENPORT, and CHERYL LOSCKO<br>*Plaintiff*<br>v.<br>BAYER HEALTHCARE PHARMACEUTICALS, INC., et al.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  3:10-cv-10465-DRH-PMF<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Healthcare AG, Rechtsabteilung/Legal Department, Geb. Q26,D-51368, Leverkusen, Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Burg Simpson Eldredge Hersh & Jardine, P.C., 40 Inverness Drive East, Englewood, CO  80112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  3/30/10

*Keana Brinkley*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| TINA MORRIS, MARNE DAVENPORT, and CHERYL LOSCKO<br>*Plaintiff*<br>v.<br>BAYER HEALTHCARE PHARMACEUTICALS, INC., et al.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  3:10-cv-10465-DRH-PMF<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer AG, Geb. Q26, D-51368 Leverkusen, Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Burg Simpson Eldredge Hersh & Jardine, P.C., 40 Inverness Drive East, Englewood, CO  80112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  3/30/10                           *Keana Brinkley*
                                          Signature of Clerk or Deputy Clerk